William LITTLES a/k/a Bill Littles,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 25160.

United States Court of Appeals
Fifth Circuit.

March 14, 1968.

William Littles, pro se.

Robert S. Travis, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before WISDOM, BELL and DYER, Circuit Judges.

PER CURIAM:

The judgment of the district court denying appellant relief under § 2255 is affirmed.

Fred Guadalupe TRUJILLO, Appellant,

v.

Wayne K. PATTERSON, Warden Colorado State Penitentiary, Appellee.

No. 9209.

United States Court of Appeals
Tenth Circuit.

April 18, 1967.

Lowell M. Fortune, Denver, Colo., for appellant.

Paul D. Rubner, Denver, Colo., for appellee.

Before BREITENSTEIN and HILL, Circuit Judges, and BROWN, District Judge.

PER CURIAM.

The trial judge, in his order denying the petition for a writ of habeas corpus, very ably stated the case, the issues involved and his reasons for denying the writ. We are in complete agreement with the trial judge and affirm the order of dismissal upon the grounds set forth therein. 266 F.Supp. 901.

Frank MANDERACCHI, surviving husband, and Dominick J. Manderacchi and Pauline A. Manderacchi, surviving minor children, of Angeline Manderacchi, Deceased, Frank Manderacchi, Administrator of the Estate of Angeline Manderacchi, Deceased, Frank Manderacchi, in his own right, and Pauline A. Manderacchi, a minor, by Frank Manderacchi, her father and next friend, in her own right, Appellants,

v.

UNITED STATES of America,
Appellee.

No. 11574.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 8, 1968.

Decided Feb. 8, 1968.

Melvin J. Sykes and Bayard Z. Hochberg, Baltimore, Md. (Paul Berman, Baltimore, Md., on brief), for appellants.

Theodore R. McKeldin, Jr., Asst. U. S. Atty. (Stephen H. Sachs, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, CRAVEN, Circuit Judge, and KELLAM, District Judge.

## PER CURIAM:

For the reasons stated by the District Judge in his opinion,* the judgment is affirmed.

Affirmed.

**Martin SKLAROFF, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 23611.

United States Court of Appeals Fifth Circuit.

Feb. 20, 1968.

Harvey J. St. Jean, Lawrence E. Hoffman, Miami Beach, Fla., for appellant.

Bernard Nachman, Asst. U. S. Atty., Jacksonville, Fla., for appellee.

Before PHILLIPS,** COLEMAN and SIMPSON, Circuit Judges.

## PER CURIAM.

In view of the decisions of the Supreme Court of the United States in the cases of Marchetti, Petitioner, v. United States, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed. 2d 889, and Grosso v. United States, 390 U.S. 62, 88 S.Ct. 709, 19 L.Ed.2d 906, decided January 29, 1968.

It is ordered that the opinion of this Court, 381 F.2d 558, entered July 3, 1967, affirming the judgment of the United States District Court for the Middle District of Florida, and the subsequent Order of this Court denying a Petition for Rehearing [on which the mandate of this Court was withheld pending the decision of the Supreme Court of the United ed States in *Grosso*, supra] be and they are each hereby

Vacated.

Further ordered, on the authority of the aforesaid decisions of the Supreme Court, that the judgment of conviction heretofore entered against this appellant and from which this appeal was taken be and the same is hereby

Reversed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**AMERICAN FINISHING COMPANY, Respondent,**

**Machine Printers & Engravers Ass'n, Intervenor.**

No. 17568.

United States Court of Appeals Sixth Circuit.

March 4, 1968.

Paul Spielberger, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Marsha Swiss, Attorneys, N. L. R. B., Washington, D. C., on brief, for petitioner.

Hebert Glazer, and William W. Goodman, Memphis, Tenn., Goodman, Glazer, Strauch & Schneider, and Newell N. Fowier and Richard A. Brackhahn, Memphis, Tenn., on brief, for respondent.

Warren Woods, Washington, D. C., McInnis, Wilson, Munson & Woods, Washington, D. C., Hogan & Hogan, Providence, R. I., of counsel, for intervenor.

---

* Manderacchi v. United States, D.Md., 264 F.Supp. 380.

** Of the Tenth Circuit, sitting by designation.